UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KEVIN YAN LUIS,

                    Plaintiff,

                                              22-cv-9017 (JGK)
          - against -
                                              ORDER
SHARKNINJA OPERATING LLC,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

     The time for the plaintiff to serve the summons and

complaint is extended to **February 28, 2023.** If the plaintiff

fails to serve the summons and complaint by that date, the case

will be dismissed without prejudice for failure to prosecute

pursuant to Federal Rule of Civil Procedure 4(m). The conference

scheduled for **February 23, 2023** is canceled.

SO ORDERED.

Dated:     New York, New York
           February 14, 2023

                                    _____
                                         John G. Koeltl
                                    United States District Judge